AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

|  |  |  |
|---|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:16-cv-03139 |
| v. | ) | |
| CHANG GROUP LLC, a California limited liability company, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10 | ) ) ) ) | |
| *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Chang Group LLC
21444 Ambushers Street
Diamond Bar, California  91765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Ulin
Eric D. Mason
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*