JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. dba MISS ME, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> CHANG GROUP LLC; KENCO FASHION INC.; XYZ COMPANIES 1-10; and DOES 1-10, ) <br><br> Defendants. ) | CV 16-3139-RSWL-JPRx <br><br> **Judgmen**t and Permanent Injunction **against Defendant Kenco Fashion Inc.** |

**WHEREAS**, on March 22, 2017, the Court Clerk entered default against Defendant Kenco Fashion Inc. ("Defendant") [72], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, on June 6, 2017, this Court **GRANTED** Plaintiff Sweet People Apparel, Inc.'s ("Plaintiff") Motion for Default Judgment [78] ("Motion" or "Motion for Default Judgment"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, upon the findings of the Court, that Judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Motion for Default Judgment. Statutory damages are awarded to Plaintiff in the amount of $75,000.00. Attorneys' fees and costs are further awarded to Plaintiff in the amounts of $4,600 and $515, respectively. The Court also awards prejudgment interest at the applicable rate set by 28 U.S.C. § 1961(a) on the total judgment amount of $80,115.00.

Furthermore, the Court **GRANTS** Plaintiff's request for entry of a permanent injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendant, its subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, and all those in active concert or participation with them, or under their direct or indirect control, including all manufacturers, importers, suppliers, distributors and retailers of any of the AdiktD design, or any other products bearing a design that is substantially similar in appearance to the JP5498B Design, are permanently enjoined from:

    a. Copying, imitating, or making any unauthorized use of the JP5498B Design, or any design substantially similar thereto, including any use in violation of Plaintiff's exclusive rights in the JP5498B Design as

set forth in 17 U.S.C. § 106.

b. Manufacturing, importing, distributing, marketing, advertising, offering for sale and/or selling any product bearing an infringing AdiktD design, including, without limitation, any of the infringing products, or any products bearing a design that is substantially similar to the JP5498B Design.

The Court shall retain jurisdiction over the parties and the subject matter for the purpose of enforcing the provisions of this Judgment and Order and to enforce its mandatory injunction.

**IT IS SO ORDERED.**

DATED: June 6, 2017       _s/ RONALD S.W. LEW_

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge